**WOMACK et ux., Petitioners, v. PARIS GROCER CO., Respondent.**

No. 26791.

Supreme Court of Texas.

Feb. 3, 1943.

Rehearing Denied March 3, 1943.

Moore & Moore and W. F. Moore, all of Paris, for petitioners.

O. B. Fisher and Long & Wortham, all of Paris, and J. E. Brown, of Brady, for respondent.

PER CURIAM.

This application for writ of error, 166 S.W.2d 366, is refused. We are of the opinion that the judgment was abstracted and indexed in strict compliance with Article 5448, R.C.S.1925.